UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN ADOLFO PEREZ ARAGON,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>WARDEN ADELANTO DETENTION FACILITY, et al.,<br><br>　　　　　Respondents. | Case No. 5:26-cv-01569-JDE<br><br>JUDGMENT |

Pursuant to and subject to the Order Regarding Petition (Dkt. 14, "Order"), IT HEREBY IS ORDERED, ADJUDGED, and DECREED that, based on the relief granted in the Order, the Petition is dismissed without prejudice.

Dated: April 21, 2026 _____        _____

JOHN D. EARLY
United States Magistrate Judge